UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION



| | |
|---|---|
| CHARLES W. PERRY III,<br>　　　Plaintiff | :<br>:<br>: CIVIL ACTION NO. 5:05 CV 41 DCB JC5 |
| v. | :<br>: |
| UNITED STATES OF AMERICA,<br>UNITED STATES DEPARTMENT<br>OF THE INTERIOR, FISH AND<br>WILDLIFE SERVICE,<br>　　　Defendant | :<br>:<br>:<br>:<br>: |

### FINAL JUDGMENT

ON MOTION of the parties for the entry of this Final Judgment, the Court, being advised that all matters in this litigation have now been concluded, as evidenced by the attached Settlement Agreement, finds and orders as follows:

IT IS ORDERED, ADJUDGED AND DECREED this Civil Action, numbered 5:05-CV-41 is hereby dismissed with prejudice.

SO ORDERED, ADJUDGED AND DECREED this the _18th_ day of _September_ 2006.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Approved and agreed:

_____
James L. Martin
Attorney for Plaintiff,
Charles Perry, III

_____
David N. Usry
Attorney for Defendant,
United States of America